# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1252
_____

SAMUEL YAMIL
MENDEZ-CARMONA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

May 2, 2019


PER CURIAM.

AFFIRMED. *See State v. Welker,* 536 So. 2d 1017, 1019-20 (Fla. 1988) ("[T]he giving of consent is a verbal act, and therefore testimony that someone has given consent is not hearsay." (quoting *Welker v. State,* 504 So. 2d 802, 806 n.3 (Fla. 1st DCA 1987))).

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Samuel Yamil Mendez-Carmona, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.